**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:05-cr-00050-HDM |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| MOHAMMED A. AMBIA, | ) | |
| Defendant. | ) | |

Defendant filed a petition for writ of error coram nobis (ECF No. 40) on September 5, 2017. The government shall respond to defendant's petition no later than October 6, 2017.

IT IS SO ORDERED.

DATED: This 6th day of September, 2017.

_____
UNITED STATES DISTRICT JUDGE